# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Stephanie Larson f/k/a Stephanie Jensen, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1-16-cv-346 |
| Merrill Flanders, Sanford Flanders, | ) | |
| | ) | |
| Defendants. | ) | |

Before the court is the parties' Stipulation of Dismissal with Prejudice. (Doc. No. 13). The court **ADOPTS** the stipulation and **ORDERS** the action be dismissed with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(iii), with the parties to bear their own costs and fees.

**IT IS SO ORDERED.**

Dated this 16th day of November, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court